UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARDONET, INC., <br> Plaintiff, <br> v. <br> IBM CORPORATION, <br> Defendant. | Case No.: C 06-6637 RMW (PVT) <br> **ORDER RE PARTIES REQUEST TO EXTEND TIME TO COMPEL DEPOSITION TESTIMONY** |

On December 17, 2007, the parties filed a stipulated request to extend the time within which the parties may move to compel deposition testimony, as well as extending the dispositive motions date.[1] Having parties' request,

IT IS HEREBY ORDERED that the deadline for any party to file a motion to compel deposition testimony is extended to January 30, 2008.

Dated: *12/21/07*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] This order addresses only the deadline for motions to compel deposition testimony. Pursuant to the San Jose Division's Standing Order Regarding Case Management in Civil Cases, in cases assigned to district judges all disclosure or discovery matters are referred to the assigned magistrate judge for determination pursuant to Fed.R.Civ.P. 72(a).

ORDER, *page 1*