QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Bruce Van Dalsem (Bar No. 124128)
brucevandalsem@quinnemanuel.com
Shon Morgan (Bar No. 187736)
shonmorgan@quinnemanuel.com
Joseph M. Paunovich (Bar No. 228222)
joepaunovich@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendant International
Business Machines Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARDONET, INC., a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>IBM CORPORATION, a corporation,<br><br>Defendant. | CASE NO. CV 06-06637 RMW (PVT)<br>**STIPULATED REQUEST TO EXTEND TIME TO COMPEL DEPOSITION TESTIMONY AND EXTEND CASE SCHEDULE** ~~[PROPOSED]~~ **ORDER**<br>**DECLARATION OF JOSEPH M. PAUNOVICH lodged concurrently herewith**<br>**(Local Rule 6-2)**<br><br>Action Filed: October 25, 2006<br>Discovery Deadline: Dec. 21, 2007<br>Trial Date: April 21, 2008 |

1    Plaintiff Cardonet, Inc. ("Cardonet") and Defendant International
2 Business Machines Corporation ("IBM") hereby enter into the following stipulation
3 with reference to the following facts:
4    WHEREAS, on February 16, 2007 the Court entered a scheduling order
5 setting the discovery cut-off in this matter for December 21, 2007, the filing date for
6 dispositive motions for January 24, 2008, the motions hearing for February 29,
7 2008, the filing date for the joint pre-trial statement for March 28, 2008, the pre-trial
8 conference for April 3, 2008, and trial for April 21, 2008;
9    WHEREAS, on November 26, 2007 the parties stipulated that certain
10 already properly noticed depositions may be taken after the discovery cut-off of
11 December 21, 2007 due to scheduling conflicts and availability of deponents as set
12 forth with particularity in the Declaration of Joseph M. Paunovich lodged
13 concurrently herewith;
14    WHEREAS, the parties agreed to complete such depositions no later
15 than January 21, 2008;
16    WHEREAS, by no fault of the parties, two depositions must be taken
17 after January 21, 2008 due to scheduling conflicts as set forth with particularity in
18 the Declaration of Joseph M. Paunovich lodged concurrently herewith;
19    WHEREAS, the scheduling of such depositions would require the
20 Court to extend the time frame set in the Local Rules and the parties' prior
21 stipulation for either party to move to compel such deposition testimony and would
22 also require the Court to extend the case schedule set in the Court's scheduling
23 order, including the date of the motions hearing, the date to file the parties' joint pre-
24 trial statement, and the date of the pre-trial conference;
25    NOW, THEREFORE, the parties agree and stipulate as follows:
26    1.    The time within which the parties may move to compel
27 deposition testimony shall be extended to February 22, 2008;
28

1  2. The last date to file dispositive motions shall be extended to February 29, 2008;

3. The motions hearing date shall be extended to April 4, 2008;

4. Parties must file a joint pre-trial statement no later than ~~April 4~~ May 1, 2008; and

5. The pre-trial conference will occur on ~~April 10~~ May 8, 2008.

IT IS SO STIPULATED.

DATED: January 9, 2008           QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By: /s/ Joseph M. Paunovich
    Bruce E. Van Dalsem
    Shon Morgan
    Joseph M. Paunovich
    Attorneys for Defendant International
    Business Machines Incorporated

DATED: January 9, 2008           LITTON & GEONETTA, LLP
                                 KENNETH N. FRUCHT, ESQ.


By: /s/ Kenneth N. Frucht
    Frederick J. Geonetta, Esq.
    Thomas Marc Litton, Esq.
    Kenneth N. Frucht, esq.
    Attorneys for Plaintiff Cardonet, Inc..

## ~~[PROPOSED]~~ ORDER

The time in which the parties may compel deposition testimony is extended to  2/22/08 , the date for filing dispositive motions is extended to  2/29/08 , the date for the motions hearing is extended to  4/4/08 , the date for filing a joint pre-trial statement is extended to  5/1/08 , the date for the pre-trial conference is extended to  5/8/08 , and the date for the trial is extended to  5/17/08 . Good cause appearing, IT IS SO ORDERED.

The parties should note that 5/12/08 is a reserved trial date for 05-1673, Tele Atlas N.V. v. NAVTEQ Corp. If that case goes to trial, the 5/17/08 trial date will likely need to be vacated.

January 15, 2008

By _Ronald M. Whyte_
Hon. Ronald M. Whyte
United States District Court Judge