UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARDONET, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>IBM CORPORATION,<br><br>    Defendant. | Case No.: C 06-6637 RMW (PVT)<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE RE DEFENDANT'S REQUEST TO FILE UNDER SEAL CERTAIN INFORMATION DESIGNATED CONFIDENTIAL BY PLAINTIFF** |

On January 3, 2008, Defendant filed an Administrative Motion to File under Seal Portions of Defendant's Motion to Compel Further Responses To Interrogatories. As noted in Defendant's motion to seal, it was incumbent upon Plaintiff as the designating party to file, within five days, a declaration establishing that the designated documents are sealable,[1] or else withdraw the designation of confidentiality. *See* CIVIL L.R. 79-5(d). As of the date of this order more than a month has elapsed and Plaintiff has filed neither a declaration establishing that the designated documents are sealable, nor any withdrawal of the designation of confidentiality. Therefore,

IT IS HEREBY ORDERED that, no later than February 19, 2008, Plaintiff shall file either a

---

[1] *See* FED. R. CIV. PRO. 26(c); *see also Beckman Indus., Inc. v. International Ins. Co.,* 966 F.2d 470, 476 (9th Cir. 1992) ("Broad allegations of harm, however, unsubstantiated by specific examples or articulated reasoning, do not satisfy the Rule 26(c) test.")

withdrawal of the designation of confidentiality, or else a declaration showing cause why the information should not be made part of the public record.  In addition to addressing Plaintiff's failure to timely comply with Civil Local Rule 79-5(d), the showing must address separately each portion of the materials that Plaintiff contends warrants protection.  *See* CIVIL L.R. 79-5, and commentary thereto.

Dated: *2/8/08*

PATRICIA V. TRUMBULL
United States Magistrate Judge