FREDERICK J. GEONETTA, ESQ. (#114824)
THOMAS MARC LITTON, ESQ. (#119985)
LITTON & GEONETTA, LLP
120 Montgomery Street, Suite 1600
San Francisco, CA 94104
Tel: (415) 421-4770
Fax: (415) 421-4785

KENNETH FRUCHT, ESQ. (#178881)
LAW OFFICES OF KENNETH FRUCHT
120 Montgomery Street, Suite 1600
San Francisco, CA 94104
Tel: (415) 392-4844
Fax: (415) 392-79-73

ATTORNEYS FOR CARDONET

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARDONET, INC., a corporation<br><br>    Plaintiff,<br><br>  v.<br><br>IMB INC., a corporation, and DOES 1 through 25, inclusive,<br><br>    Defendants. | CASE NO.: CV 06-06637 (RMW)<br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME TO PROVIDE SUPPLMENTAL DISCOVERY RESPONSES** |

WHEREAS Defendant IBM filed a motion to compel further responses to Defendant's First Set of Interrogatories, and

WHEREAS Plaintiff did not oppose Defendant's Motion, and on or about February 8, 2008, the Court issued an order instructing Plaintiff to serve supplemental responses to Defendant's interrogatories no later than February 15, 2008, and

WHEREAS Plaintiff's counsel conferred with Defendants' counsel and requested an additional 5 days to finalize and serve the supplemental responses, and Defendants' agreed to Plaintiff's request subject to Court approval, the parties therefore, by and through their respective

1

counsel, agree that Plaintiff shall provide complete, non-evasive supplemental responses to Interrogatory Nos. 1, 3, 5, 7, 8, 9, 10, 11, 13, 14, 15, 16 and 17 of Defendant's First Set of Interrogatories no later that Wednesday, February 20, 2008.

**DATED:** February 15, 2008

_____/s/_____  _____/s/_____
Kenneth Frucht  Bruce Van Dalsem
Attorney for Plaintiff Cardonet  Attorney for Defendant IBM

IT IS SO ORDERED

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

2