QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Bruce Van Dalsem (Bar No. 124128)
brucevandalsem@quinnemanuel.com
Shon Morgan (Bar No. 187736)
shonmorgan@quinnemanuel.com
Joseph M. Paunovich (Bar No. 228222)
joepaunovich@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Defendant International Business Machines Corporation

*E-FILED - 4/17/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARDONET, INC., a corporation,<br><br>                Plaintiff,<br><br>        vs.<br><br>IBM CORPORATION, a corporation,<br><br>                Defendant. | CASE NO. CV 06-06637 RMW (PVT)<br>**STIPULATED REQUEST TO MODIFY PRETRIAL PREPARATION DATES**<br>**[] ORDER**<br><br>**(Local Rule 6-2)**<br><br>Trial Date:     May 19, 2008 |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, a corporation,<br><br>                Counterclaimant,<br><br>        vs.<br><br>CARDONET, INC., a corporation,<br><br>                Counterclaim Defendant. | |

1  Plaintiff Cardonet, Inc. ("Cardonet") and Defendant International
2  Business Machines Corporation ("IBM") hereby enter into the following stipulation
3  with reference to the following facts:

4  WHEREAS, on April 4, 2008, the Court entered a Minute Order
5  (Docket No. 137) in which it extended the time for pretrial disclosures to May 2,
6  2008;

7  WHEREAS, at the April 4 hearing, counsel informed the court that in
8  light of extending the date for pretrial disclosures, the parties may wish to further
9  modify the schedule for pretrial preparation; and

10  WHEREAS, the parties have conferred regarding the pretrial
11  preparation deadlines imposed by the Court's February 24, 2003 Standing Order Re:
12  Pretrial Preparation ("the Standing Order") and the parties propose to modify those
13  dates as set forth in the order that follows.

14  NOW, THEREFORE, the parties agree and stipulate as follows that the
15  Standing Order shall be modified as set forth in the order that follows.

17  IT IS SO STIPULATED.

19  DATED:  April 10, 2008          QUINN EMANUEL URQUHART OLIVER &
                                    HEDGES, LLP

                                    By: /s/ Bruce E. Van Dalsem
                                        Bruce E. Van Dalsem
                                        Shon Morgan
                                        Joseph M. Paunovich
                                        Attorneys for Defendant International
                                        Business Machines Incorporated

DATED: April 10, 2008            LITTON & GEONETTA, LLP
                                 KENNETH N. FRUCHT, ESQ.


                                 By: /s/ Kenneth N. Frucht
                                     Frederick J. Geonetta, Esq.
                                     Thomas Marc Litton, Esq.
                                     Kenneth N. Frucht, esq.
                                     Attorneys for Plaintiff Cardonet, Inc..


## ORDER

Pursuant to the foregoing stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

1. Lead counsel for the parties shall meet and confer in person regarding accomplishing the requirements and procedures of the Standing Order not later than Thursday, April 24, 2008. The parties' pretrial disclosures shall be exchanged at this meeting.

2. All documents required by the Standing Order to be filed not less than ten (10) days before the Pretrial Conference shall be filed not later than Thursday, May 1, 2008;

3. All documents required by the Standing Order to be filed not less than five (5) days before the Pretrial Conference shall be filed not later than Tuesday, May 6, 2008;

4. The pretrial conference shall remain on calendar for Thursday, May 8, 2008 at 2:00 p.m.

Dated: April 17, 2008

*Ronald M. Whyte*
Ronald M. Whyte
United States District Court Judge