1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Bruce Van Dalsem (Bar No. 124128)
2    brucevandalsem@quinnemanuel.com
     Shon Morgan (Bar No. 187736)
3    shonmorgan@quinnemanuel.com
     Joseph M. Paunovich (Bar No. 228222)
4    joepaunovich@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:  (213) 443-3100

7  Attorneys for Defendant and                    *E-FILED - 6/5/08*
   Counterclaimant International Business
8  Machines Corporation

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12
   CARDONET, INC., a corporation,        CASE NO. CV 06-06637 RMW (PVT)
13                                        **STIPULATION OF DISMISSAL**
            Plaintiff,                    **AND [] ORDER**
14                                        **THEREON**
        vs.
15
   IBM CORPORATION, a corporation,
16
            Defendant.                    Trial Date:   May 19, 2008
17  ─────────────────────────────

18

19  INTERNATIONAL BUSINESS
   MACHINES CORPORATION, a
20  corporation,

21            Counterclaimant,

22        vs.

23  CARDONET, INC., a corporation,

24            Counterclaim Defendant.

25

26

27

28

20324/2483262.1

                                    STIPULATION TO DISMISS WITH PREJUDICE

1            Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure,

2    plaintiff and counter-defendant Cardonet, Inc. ("Cardonet"), and defendant and

3    counterclaimant International Business Machines Corporation ("IBM"), by and

4    through their attorneys of record, hereby stipulate that this action, including all

5    claims and counterclaims, shall be dismissed with prejudice, in its entirety, with all

6    parties to bear their own attorneys' fees and costs.

7

8            IT IS SO STIPULATED.

9

10   DATED:  May 22, 2008          QUINN EMANUEL URQUHART OLIVER &
                                   HEDGES, LLP
11

12

13                                 By: _/s/ Bruce E. Van Dalsem_____
                                      Bruce E. Van Dalsem
14                                    Shon Morgan
                                      Joseph M. Paunovich
15                                    Attorneys for Defendant International
                                      Business Machines Incorporated
16

17

18   DATED:  May 22, 2008          LITTON & GEONETTA, LLP
                                   KENNETH N. FRUCHT, ESQ.
19

20

                                   By: _/s/ Kenneth N. Frucht_____
21                                    Frederick J. Geonetta, Esq.
                                      Thomas Marc Litton, Esq.
22                                    Kenneth N. Frucht, Esq.
                                      Attorneys for Plaintiff Cardonet, Inc..
23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

         Pursuant to the foregoing stipulation, and good cause appearing, IT IS HEREBY ORDERED this action, in its entirety, is dismissed with prejudice with all parties to bear their own attorneys' fees and costs.

Dated:  June 5, 2008

_Ronald M. Whyte_
_____
Ronald M. Whyte
United States District Judge

-3-