1

2

3

4

5                  IN THE UNITED STATES DISTRICT COURT

6              FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   CARDONET, INC.,

9        Plaintiff,

10       -v-

11  IBM CORPORATION,

12       Defendant.

*E-FILED - 6/17/08*

CASE NO.: C-06-06637-RMW

**SEALING ORDER**

13

14

15        IT IS HEREBY ORDERED that defendant's declaration of Joseph M. Paunovich in support

16  of IBM's motion to compel further responses to defendant's first set of interrogatories lodged with

17  the court on January 4, 2008 shall be filed under seal.

18

19  IT IS SO ORDERED.

20

21

22  DATED: June 17, 2008

23  _____
        RONALD M. WHYTE
        United States District Judge

24

25

26

27

28

1

2

3

4   Copy of Order E-Filed to Counsel of Record:

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28